**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

RE:                                                          )
                                                             )
Darlack, James M.                                            )    Case No. 09-14823-RGM____
                Debtor                             )    Chapter 7

**REPORT OF SMALL DIVIDENDS**

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividends represent the dividend due and payable to:

| **Creditors Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Potomac Psychological Center<br>20925 Professional Plaza, #230<br>Ashburn, VA 20147 | 5 | $3.64 |

Dated: May 6, 2010                            /s/Gordon P. Peyton
                                                Gordon P. Peyton
                                                Virginia State Bar #5155
                                                510 King Street, Suite 310
                                                Alexandria, VA 22314
                                                (703)684-2000